

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00244-CV

_____

IN RE C.C., Relator

Original Proceeding
Trial Court No. 16-07061-16

Before Gabriel, J.; Sudderth, C.J.; and Bassel, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and motion for emergency relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for emergency relief are denied.

Per Curiam

Delivered: July 12, 2019